United States District Court
Southern District of Texas

**ENTERED**

July 08, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OLEG T.,[1] | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-110 |
| | § | |
| CARLOS D. CISNEROS | § | |
| *as Assistant Field Office Director –* | § | |
| *Port Isabel Detention Center*, | § | |
|     Respondent. | § | |

## ORDER EXTENDING RESPONSE AND A-FILE SUBMISSION DEADLINES

On June 2, 2025, Petitioner Oleg T. ("Oleg") filed a Petition for Writ of Habeas Corpus alleging he is unlawfully detained by federal immigration authorities while awaiting removal to Russia. Dkt. No. 1. (Petition). On July 7, 2025, Respondent Carlos D. Cisneros ("Respondent") filed an Unopposed Motion for Extension of Time for Response Deadline and Sealed A-File Submission. Dkt. No. 11.

As good cause supports the extension of the deadlines, Respondent's Motion, Dkt. No. 11, is **GRANTED**. Accordingly, it is **ORDERED** that Respondent shall file and serve an answer or other response to the Petition no **later than July 21, 2025** – responding to the allegations of the Oleg. Respondent shall include a memorandum of law addressing each of the issues raised in the Petition. Respondent shall include in his response: (1) a discussion of all custody-review determinations; (2) the status of Oleg's removal period; (3) an explanation of any other Government action regarding Oleg's continued detention and any available documentation regarding that detention, and (4) a timeframe for when Oleg will be removed from the United States. All citations to the Immigration and Naturalization Act shall also reference to the appropriate section of the United States Code. Respondent shall also file under seal – **no later than July 21, 2025** – a Bates stamped copy of Oleg's A-file.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Respondent is reminded of his obligation to supplement the record and advise the Court of any further custody-review determinations or any changes in the legal character of Oleg's detention, or if Oleg is released on supervision or removed. If Oleg is moved from the Port Isabel Detention Center, Respondent shall notify the Court of Oleg's new address and the expected duration of the new housing assignment.

Signed on July 8, 2025.

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge